DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA STEL 2, LLC,**
Appellant,

v.

**JPMORGAN CHASE BANK, N.A., NATIONAL ASSOCIATION** and
**PABLO MENDEZ, DISCOVER BANK, MARIA MENDEZ** a/k/a **MARIA
VERONICA MENDEZ, UNKNOWN TENANT IN POSSESSION OF THE
SUBJECT PROPERTY,**
Appellees.

No. 4D14-3869

[October 7, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judy Biebel, Judge; L.T. Case No. 2012CA018024XXXXMB.

Brian M. Becher of Shapiro, Blasi, Wasserman & Gora, P.A., Boca Raton, for appellant.

Wm. David Newman, Jr. of Choice Legal Group, P.A., Fort Lauderdale, for appellee JPMorgan Chase Bank, N.A., National Association.

### *On Confession of Error*

PER CURIAM.

Appellant, Boca Stel 2, LLC, appeals the trial court's denial of its motion to quash service of process and to dismiss for lack of jurisdiction. Appellee concedes that the affidavit of constructive service of process was deficient and that the summons should be quashed. *See Gans v. Heathgate-Sunflower Homeowners Ass'n, Inc.*, 593 So. 2d 549 (Fla. 4th DCA 1992).

We therefore reverse and remand with directions to the trial court to quash the summons and for further proceedings consistent with this opinion.

*Reversed and remanded.*

GROSS, TAYLOR, and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***